FILED
2010 May-11  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ULA C. MCCRAY,                } | |
|      }     | |
|      Plaintiff,               } | |
|      }     | CIVIL ACTION NO. |
| v.                            } | 09-AR-0858-S |
|      }     | |
| LHR, INC.,                    } | |
|      }     | |
|      Defendant.               } | |

### ORDER

The motion to dismiss filed on May 10, 2010, by defendant, LHR, Inc., stating that the above-entitled action has been settled, is hereby GRANTED. Accordingly, the above entitled action is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 11th day of May, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE